# STERNS & WEINROTH

A PROFESSIONAL CORPORATION
## COUNSELORS AT LAW

50 WEST STATE STREET
SUITE 1400
P.O. BOX 1298
TRENTON, NEW JERSEY 08607-1298
(609) 392-2100
FACSIMILE
(609) 392-7956
WWW.STERNSLAW.COM

2901 ATLANTIC AVENUE
ATLANTIC CITY, N.J. 08401-6305
(609) 340-8300
FACSIMILE (609) 340-8722

Writer's Direct Line: (609) 989-5012
e-mail: kconfoy@sternslaw.com

File No.: 51807-3

March 19, 2004

**Via Hand Delivery**
Matthew R. McCrink, Esq.
McCrink, Nelson & Kehler
475 Route 73 N
West Berlin, New Jersey 08091

      **RE:**   **Arista Records, Inc. et al v. Flea World, Inc., et al**
            **Civil Action No. 1:03cv02670**

Dear Mr. McCrink:

In accordance with Local Civil Rule 7.1(b), I enclose a copy of each of the following papers in support of Plaintiff's Motion to Dismiss the Amended Counterclaim:

- Notice of Motion;
- Brief in Support of Motion;
- Proposed Order; and
- Certification of Service.

Please see that your client's original opposition papers are served within the time allowed by the Rule.

                              Very truly yours,

                              Karen A. Confoy

KAC/jm
Enclosures
cc:   Amy Andersonn, Courtroom Deputy (w/o encl.) (via hand delivery)