THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARISTA RECORDS, INC., ATLANTIC RECORDING CORPORATION, BMG MUSIC, CAPITOL RECORDS, INC., ELEKTRA ENTERTAINMENT GROUP, INC., FONVISA, INC., INTERSCOPE RECORDS, MOTOWN RECORD COMPANY, L.P., PRIORITY RECORDS LLC, SONY MUSIC ENTERTAINMENT, INC., UMG RECORDINGS, INC., VIRGIN RECORDS OF AMERICA, INC., WARNER BROS. RECORDS INC. AND ZOMBA RECORDING CORPORATION,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>FLEA WORLD, INC., a Pennsylvania corporation, d/b/a Columbus Farmers Market; FLEA WORLD LLC, a New Jersey Corporation, d/b/a Columbus Farmers Market; COLUMBUS FARMERS MARKET LLC, a New Jersey Corporation, d/b/a Columbus Farmers Market; JOHN ACKERMAN, an individual; CHARLES PRATT, an individual; and DOES 1 through 20,<br><br>　　　　　Defendants. | HON. JEROME B. SIMANDLE<br><br>Civil Action<br>No. 03-2670 (JBS)<br><br><br>**ORDER** |

This matter having come before the Court upon Defendants' motion for reconsideration of this Court's Opinion and Order of July 12, 2004 as well as Defendants' motion for leave to file their Second Amended Answers and Plaintiffs' motion to dismiss Defendants' Second Amended Counterclaims and to strike certain defenses; and the Court having considered the parties'

submissions in support of and in opposition to these motions; and for the reasons expressed in the Opinion of today's date; and for good cause shown;

IT IS this **27th** day of January, 2005 hereby

ORDERED that Defendants' motion for reconsideration [Docket Item No. 31-1] shall be, and hereby is, **DENIED**; and

IT IS FURTHER ORDERED that Defendants' motion for leave to file Second Amended Answers of Defendants [Docket Item No. 34-1] shall be, and hereby is, **GRANTED IN PART AND DENIED IN PART** consistent with the instructions expressed in the accompanying Opinion and Defendants shall file such Second Amended Answer within fourteen (14) days of entry of this Order; and

IT IS FURTHER ORDERED that Plaintiffs' motion to dismiss Defendants' Second Amended Counterclaims and to strike certain defenses [Docket Item No. 40-1] shall be, and hereby is, **GRANTED IN PART**, and the following new defenses are dismissed consistent with the Opinion of today's date: Defendants' thirteenth, twentieth, and twenty-eighth separate defenses, and **DENIED IN PART** as to Defendants' nineteenth separate defense.

        **s/ Jerome B. Simandle**
        JEROME B. SIMANDLE
        United States District Judge